IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **AERICA GREY QUINTANA FLORES,** | * | |
| Petitioner, | * | |
| v. | * | Civ. No. DLB-25-1950 |
| **PAMELA BONDI,** *et al.*, | * | |
| Respondents. | * | |

**ORDER**

For the reasons stated on the record during today's telephonic status conference, it is this 20th day of June, 2025, hereby ORDERED:

1. The motion for a temporary restraining order, ECF 4, is denied.

2. Pursuant to the All Writs Act, 28 U.S.C. § 1651(a), the Court extends the injunction set by the Amended Standing Order 2025-01, ECF 2, previously entered in this matter, through the briefing schedule set below and until resolution of the issues addressed therein. *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 603–04 (1966) (recognizing under the All Writs Act "a limited judicial power to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action through the prescribed statutory channels" (quoting *Arrow Transp. Co. v. Southern Ry. Co.*, 372 U.S. 658, 671 n.22 (1963))). Respondents, including all those acting for them or on their behalf, are ENJOINED and RESTRAINED from removing Petitioner Aerica Grey Quintana Flores from the continental United States or altering her legal status until further order of this Court.

3. Petitioner may file an amended habeas petition by 5:00 p.m. on Saturday, June 21, 2025.

4. Respondents are directed to file a response to the amended habeas petition by 5:00 p.m. on Thursday, June 26, 2025.

5. Petitioner shall file a response to the Respondents' response by 5:00 p.m. on Friday, June 27, 2025.

6. Any reply in support of the Respondents' response to the amended habeas petition shall be filed by 5:00 p.m. on Monday, June 30, 2025.

7. A hearing on the amended habeas petition and the Respondents' response to the petition is scheduled for Wednesday, July 2, 2025, at 10:00 a.m.

8. Respondents are directed to ensure that the custodian of Aerica Grey Quintana Flores is served with a copy of this Order immediately.

_____
Deborah L. Boardman
United States District Judge