IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| AERICA GREY QUINTANA FLORES, | * | |
| Petitioner, | * | |
| v. | * | Civ. No. DLB-25-1950 |
| PAMELA BONDI, *et al.*, | * | |
| Respondents. | * | |

**ORDER**

For the reasons stated on the record during today's hearing, it is this 2nd day of July, 2025, hereby ORDERED:

1. The respondents' motion to dismiss, ECF 11, is GRANTED;

2. The amended petition is DISMISSED without prejudice;

3. The extension of the injunction imposed by the Amended Standing Order, ECF 8, is TERMINATED; and

4. The Clerk SHALL CLOSE this case.

Deborah L. Boardman
United States District Judge